IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:10cv850 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| M & M HAL Agency, LLC, : | |
| : | |
| Respondent(s), : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 12, 2011 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 29, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, Petitioner's motion seeking civil contempt (Doc. 9) is **DENIED AS MOOT.** This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                                                         s/Susan J. Dlott
                                                                    Chief Judge Susan J. Dlott
                                                                    United States District Court